THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Enoch Wesley
 Posey, Appellant.
 
 
 
 
 

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2010-UP-203
 Submitted March 1, 2010  Filed March 12,
2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Enoch Wesley Posey appeals his
 convictions for driving under the influence of alcohol and failure to stop for
 a blue light, arguing the trial court erred in admitting the Datamaster results
 when the officer failed to remove Posey's false teeth in violation of the South
 Carolina Law Enforcement Division's policies and regulations.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
PIEPER
 and GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.